granted and the time is extended to and including December 31, next. *Kenneth H. Murray,* Deputy Attorney General, for the State of New Jersey. *Frank F. Truscott,* Attorney General, and *William A. Schnader* for the State of Pennsylvania.

No. 464. UNITED STATES *v.* BORDEN COMPANY ET AL. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Acting Solicitor General Stern* for the United States. *Stuart S. Ball* for the Borden Company et al., *L. Edward Hart, Jr.* for the Bowman Dairy Co. et al., and *Leo F. Tierney* for the Beloit Dairy Co., appellees.

No. 287. ALASKA STEAMSHIP Co., INC. *v.* PETTERSON. C. A. 9th Cir. Certiorari granted. *Stanley B. Long* for petitioner. *Samuel B. Bassett* for respondent.

No. 431. BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *v.* GONZALES. C. A. 9th Cir. Certiorari granted. *Acting Solicitor General Stern* for petitioner.

No. 449. UNITED STATES *v.* GILMAN. C. A. 9th Cir. Certiorari granted. *Acting Solicitor General Stern* for the United States. *Rolland Lee Nutt* for respondent.

No. 374. HARAD ET AL., DOING BUSINESS AS INDUSTRIAL ENGINEERING ASSOCIATES, *v.* SEARS, ROEBUCK & Co. C. A. 7th Cir. Certiorari denied. *Paul Mendenhall* for

petitioners. *Charles Lederer, Frank H. Marks* and *Ivan P. Tashof* for respondent. ▮

No. 385. HENDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Bernard A. Golding* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. ▮

No. 422. ROMANIAN ORTHODOX MISSIONARY EPISCOPATE OF AMERICA *v.* TRUTZA ET AL. C. A. 6th Cir. Certiorari denied. *Don C. Miller* for petitioner. *Percy H. Russell* for respondents. ▮

No. 430. SWIDLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph F. McVeigh, Francis J. Myers* and *Cornelius C. O'Brien* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States. ▮

No. 437. WALL *v.* KING. C. A. 1st Cir. Certiorari denied. *George P. Lordan, Herbert E. Tucker, Jr.* and *Michael Carchia* for petitioner. *George Fingold,* Attorney General of Massachusetts, *Henry M. Leen,* Special Assistant to the Attorney General, and *John J. Burns* for respondent. ▮

No. 442. FIDELITY-PHENIX FIRE INSURANCE Co. *v.* FLOTA MERCANTE DEL ESTADO. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner. *L. deGrove Potter* for respondent. ▮

No. 444. CITY OF ERLANGER *v.* BERKEMEYER ET AL. C. A. 6th Cir. Certiorari denied. *Chas. I. Dawson* for petitioner. *Frank H. Shaffer, Jr.* for respondents. ▮